

FILED
VANESSA L. ARMSTRONG, CLERK
OCT 15 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA )
v. )
)  Case No. 5:18mJ-261-LLK
)
)
VICTOR EVERETTE SILVERS
*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date of October 14th and 15th, 2018, in the county of Christian in the Western District of Kentucky, the defendant violated:

| | |
|---|---|
| *Code Sections--Ct. 1* | 18 U.S.C. §§ 1111(a) |
| *Offense Description:* | First Degree Murder (premeditated) |
| *Code Sections--Ct. 2* | 18 U.S.C. §§ 1113 |
| *Offense Description:* | Attempted First Degree Murder (premeditated) |
| *Code Sections--Ct. 3* | 18 U.S.C. §§ 2261(a)(1) |
| *Offense Description:* | Interstate Domestic Violence |
| *Code Sections--Ct. 4* | 18 U.S.C. §§ 922(g)(8) |
| *Offense Description:* | Possession of a Firearm by a Prohibited Person |
| *Code Sections—Ct. 5* | 18 U.S.C. §§ 924(c) |
| *Offense Description:* | Use of a Firearm during the Commission of a Violent Offense |
| *Code Sections—Ct. 6* | 18 U.S.C. §§ 924(c) |
| *Offense Description:* | Use of a Firearm during the Commission of a Violent Offense |

This criminal complaint is based on these facts:

■ Continued on the attached sheet

*signature*
Special Agent, Sean Laferte
Federal Bureau of Investigation

*Sworn to before me and signed in my presence.*

Date: October 15, 2018

*signature*
Honorable Lanny King
United States Magistrate Judge

City and State: Paducah, Kentucky

SAH/LAD *(AUSA initials)*